U.S.

4:23cv3234

Federal Court 11-27-23

Valeisha Wallker

V.S.

Angela Folts

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 DEC -1 AM 11:23

We need an injunction due to we don't have no water with no way to use the bathroom or shower and more so cook food

I want to bring an lawsuit based on the principals of operating of this facility I'm asking for 500,000. Nov 20, 2023 they shut off the water with no alternative for us.

Also

Nov 21, 2023 we woke up to cold water Staff doesn't know when we will have hot water. Also in the Kitchen they are serving us on stafone plates on Nov 20 2023 we were also served the same way

Are water has been coming out brown. Wondering when. We had ~~on~~ our adult how did we pass if we are living in these condition now

Our "aduit" was around the last week of Oct the beginning of November

Some of the inmates are getting sick with H pielore-CAlistris, Hollie Green is one of the inmates and the list goes on she cant get her medical records per staff

In Oct around the second day of 2023 we were not allowed to drink or shower until the 16th of Oct 2023 after the 26th the water Still remained brown.

For the mercy of this court im want to file this lawsuit against the State of nebraska and as the Warden of this facility

LaRueisha Walker

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name # Valeisha Walker
Inmate # 343075
1107 Recharge Road
York, NE 68467-8003

OMAHA NE 680
29 NOV 2023 PM 4 L




RECEIVED
DEC 01 2023
CLERK
U.S. DISTRICT COURT
LINCOLN

U.S. Federal Court
100 Centinal Mall
Lincoln, NE 68501

68508-385999